UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

DEY, L.P., et al.,

                     Plaintiffs,

    - against –

SEPRACOR, Inc.,

                     Defendant.
------------------------------------------------------------ X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2008
```

07 CIV. 2353 ( JGK )( RLE )

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

JOHN G. KOELTL, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ Specific Non-Dispositive Motion/Dispute:*
_discovery dispute_

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ___

SO ORDERED.

DATED:    New York, New York
            January 15, 2008

                                     John G. Koeltl
                                     United States District Judge

* Do not check if already referred for general pretrial.