USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-19-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEY, L.P., and DEY, INC.,

                              Plaintiffs,

        - against -

SEPRACOR, INC.,

                              Defendant.

---

SEPRACOR, INC.,

                          Counterclaim Plaintiff,

        - against -

DEY, L.P., DEY, INC., and MYLAN, INC.,

                          Counterclaim Defendants.

**ORDER**

07 Civ. 2353 (JGK) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference before the Court on May 19, 2009,

**IT IS HEREBY ORDERED THAT**

The Parties **SHALL** appear before the Court for a status conference on **August 6, 2009,** at **10:00 a.m.**

SO ORDERED this 19th day of May 2009
New York, New York

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge