```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------
DEY,

                      Plaintiff,      07 Civ. 2353 (JGK)

      - against -              MEMORANDUM OPINION AND
                                                       ORDER
SEPRACOR,

                      Defendant.
--------------------------------

JOHN G. KOELTL, District Judge:

    Plaintiffs and counterclaim defendants Dey, LP and Dey, Inc., and counterclaim defendant Mylan, Inc. (collectively "Dey") object to Magistrate Judge Ellis's Order denying Dey's motion for an order to compel the depositions of the current and former Chief Executive Officers of defendant and counterclaim plaintiff Sepracor, Inc. ("Sepracor"). The Order was plainly well within the discretion of the Magistrate Judge to supervise discovery and was neither clearly erroneous nor contrary to law. See Fed. R. Civ. P. 72(a). Therefore, the objection is **overruled.**

SO ORDERED.

Dated:    New York, New York
           July 28, 2009

                                            _____
                                            John G. Koeltl
                                       United States District Judge