```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-5-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEY, L.P., and DEY, INC.,

      Plaintiffs,

- against -

SEPRACOR, INC.,

      Defendant.

SEPRACOR, INC.,

      Counterclaim Plaintiff,

- against -

DEY, L.P., DEY, INC., and MYLAN, INC.,

      Counterclaim Defendants.

**ORDER**

07 Civ. 2353 (JGK) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference before the Court on August 4, 2009,

### IT IS HEREBY ORDERED THAT

(1) The Parties **SHALL** appear before the Court for a status conference on **September 3, 2009, at 10:00 a.m.**; and

(2) The Parties **SHALL** complete all fact discovery in this case by **August 28, 2009**.

**SO ORDERED this 5th day of August 2009**
**New York, New York**

*/s/ Ronald L. Ellis*
The Honorable Ronald L. Ellis
United States Magistrate Judge